UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCOTT,<br><br>        Plaintiff,<br><br>    v.<br><br>THE HOME DEPOT USA, INC., and DOES 1 to 50,<br><br>        Defendant. | Case No. 1:24-cv-00920-BAM<br><br>ORDER ADOPTING STIPULATED PROTECTIVE ORDER<br><br>(Doc. 22) |

    The Court has reviewed the Stipulated Protective Order filed by Plaintiff Michael Scott and Defendant The Home Depot USA, Inc. on September 5, 2025.  (Doc. 22.)  Having considered the stipulation, and finding good cause, the Court adopts the Stipulated Protective Order, subject to the following modifications:

    <u>Paragraph 6.3, p. 7, lines 5-10</u>:  "If the Parties cannot resolve a challenge without court intervention, the Designating Party shall file and serve a motion to retain confidentiality under Civil Local Rules 140, 141, and 141.1 (and in compliance with Civil Local Rule 230, if applicable) within 21 days of the initial notice of challenge or within 14 days of the parties agreeing that the meet and confer process will not resolve their dispute, whichever is earlier" is hereby struck and replaced with "If the Parties cannot resolve a challenge without court intervention, the Designating Party shall file and serve a motion to retain confidentiality under **Civil Local Rule 251** (and in compliance with Civil Local Rule 230, if applicable) within 21 days

1

1  of the initial notice of challenge or within 14 days of the parties agreeing that the meet and confer
2  process will not resolve their dispute, whichever is earlier."

3  <u>Exhibit A, lines 13-16</u>: "I further agree to submit to the jurisdiction of the United States
4  District Court for the Eastern District of California for the purpose of enforcing the terms of this
5  Stipulated Protective Order, even if such enforcement proceedings occur after termination of this
6  action" is hereby struck and replaced with "I further agree to submit to the jurisdiction of the
7  United States District Court for the Eastern District of California for the purpose of enforcing the
8  terms of this Stipulated Protective Order **up to and until the** termination of this action."

9  The parties are advised that pursuant to the Local Rules of the United States District
10 Court, Eastern District of California, any documents subject to the protective order to be filed
11 under seal must be accompanied by a written request which complies with Local Rule 141 prior
12 to sealing. The party making a request to file documents under seal shall be required to show
13 good cause for documents attached to a non-dispositive motion or compelling reasons for
14 documents attached to a dispositive motion. *Pintos v. Pacific Creditors Ass'n*, 605 F.3d 665,
15 677-78 (9th Cir. 2009).  Within five (5) days of any approved document filed under seal, the party
16 shall file a redacted copy of the sealed document. The redactions shall be narrowly tailored to
17 protect only the information that is confidential or was deemed confidential.

18 The parties also shall consider resolving any dispute arising under the stipulated protective
19 order according to the Court's informal discovery dispute procedure.

20
21 IT IS SO ORDERED.

22     Dated:   **September 10, 2025**           /s/ *Barbara A. McAuliffe*
23                                             UNITED STATES MAGISTRATE JUDGE