UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCOTT<br><br>Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT USA, INC., and<br>DOES 1 to 50<br><br>Defendant. | Case No. 1:24-cv-00920-FRS (EPG)<br><br>**ORDER GRANTING STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER**<br><br>Action Filed:  April 5, 2024 |

Having reviewed the Parties' Stipulation to Amend the Case Schedule (Doc. 25), and for good cause shown, the Court hereby ORDERS the Scheduling Conference Order to be modified as follows:

1. The Fact Discovery Cutoff is extended from February 18, 2026 to **July 10, 2026**.

2. The Initial Expert Disclosure deadline is extended from March 13, 2026 to **July 31, 2026**.

3. The Supplemental Expert Disclosure deadline is extended from March 31, 2026 to **August 18, 2026**.

4. Expert Discovery Cutoff is extended from May 29, 2026 to **October 16, 2026**.

5. The Pretrial Motion Filing Deadline is extended from June 30, 2026 to **November 17, 2026**.

6. The Pretrial Conference is moved from January 12, 2027 to **June 1, 2027 at 9:00 am. in Courtroom 8**.

\\\

\\\

Goodman Neuman
Hamilton LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Tel.: (415) 705-0400
Fax: (415) 705-0411

7.    The Trial date is moved from March 22, 2027 to **August 9, 2027 at 8:30 am in Courtroom 8**.

IT IS SO ORDERED.

Dated:    **January 15, 2026**

/s/ *Erin P. Grey*

UNITED STATES MAGISTRATE JUDGE

Goodman Neuman
Hamilton LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Tel.: (415) 705-0400
Fax: (415) 705-0411

-2-
ORDER GRANTING STIPULATION TO AMEND SCO