UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCOTT, | Case No. 1:24-cv-00920-FJS |
| Plaintiff, | ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF |
| v. | FACT DISCOVERY, INTIAL EXPERT DISCLOSURE DEADLINE, |
| THE HOME DEPOT USA, INC., and DOES 1 to 50, | SUPPLEMENTAL EXPERT DISCLOSURE DEADLINE AND PRE-TRIAL MOTION DEADLINE. |
| Defendants. | (ECF No. 28) |

Having reviewed the parties' stipulation to extend fact discovery cutoff, initial expert disclosure, supplemental expert disclosure and pre-trial motion deadlines (ECF No. 28), the court hereby ORDERS the scheduling conference order to be modified as follows:

(1) The fact discovery cutoff is extended from July 10, 2026, to November 9, 2026;

(2) The initial expert disclosure deadline is extended from July 31, 2026, to November 30, 2026;

(3) The supplemental expert disclosure deadline is extended from August 18, 2026, to December 16, 2026;

(4) The expert discovery cutoff is extended from October 16, 2026, to February 15, 2027;

(5) The pre-trial motion filing deadline is extended from November 17, 2026, to March 17, 2027.

All other case deadlines, including, but not limited to, pre-trial conference and trial dates, remain unchanged. (ECF No. 26.)

IT IS SO ORDERED.

Dated:    **May 7, 2026**

_____
UNITED STATES MAGISTRATE JUDGE