UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCOTT,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC., and DOES 1 to 50,<br><br>Defendants. | Case No. 1:24-CV-00920-FJS<br><br>ORDER RE: STIPULATION TO CONTINUE TRIAL AND ASSOCIATED DEADLINES<br><br>(ECF No. 34) |

On September 10, 2026, the Parties filed their joint stipulation to continue trial and associated deadlines. (*See* ECF No. 34.) On September 29, 2026, the Parties appeared telephonically for a status conference. (ECF No. 36.) In light of the September 29, 2026, scheduling conference and for good cause appearing, the schedule set forth in ECF No. 33 is HEREBY MODIFIED as follows:

(1) Initial disclosures pursuant to Federal Rule of Civil Procedure 26 shall be due no later than November 10, 2026.

(2) The Parties shall appear telephonically for a mid-discovery conference on February 25, 2027, at 10:30 AM in Courtroom 8 (FJS) before United States Magistrate Judge Frank J. Singer.

a. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference. The conference number and password are confidential and are not to be shared.

(3) Plaintiff's expert disclosures shall be due no later than March 30, 2027.

(4) Defendant's expert disclosures shall be due no later than April 27, 2027.

(5) Plaintiff's supplemental expert disclosures shall be due no later than May 26, 2027.

(6) The cutoff deadline for both fact and expert discovery is June 30, 2027.

(7) Dispositive motions shall be filed no later than July 26, 2027.

(8) The pre-trial conference currently set for June 1, 2027, shall be continued until November 10, 2027, at 2:00 PM in Courtroom 8 (FJS) before United States Magistrate Judge Frank J. Singer.

a. The parties are directed to file a joint pretrial statement which complies with the requirements of this court's Local Rule 281 at least seven days before the Parties' pre-trial conference. In addition, the joint pretrial statement should include a brief factual summary and an agreed upon neutral statement of the case. An additional copy of the joint pretrial statement, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF and shall be e-mailed in Microsoft Word format to fjsorders@caed.uscourts.gov.

(9) The 5-7 day jury trial currently set for August 9, 2027, shall be continued until January 11, 2028, at 8:30 AM in Courtroom 8 (FJS) before United States Magistrate Judge Frank J. Singer.

This order represents the best estimate of the court and counsel as to the agenda most suitable to dispose of this case. The trial date reserved is specifically reserved for this case. If the parties determine at any time that the schedule outlined in this order cannot be met, counsel are ordered to notify the court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference.

The dates set in this order are deliberate and will not be modified absent a showing of good cause even if the request to modify is made by stipulation. Stipulations extending the

deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate, attached exhibits, which establish good cause for granting the relief requested. The failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: **September 29, 2026**

UNITED STATES MAGISTRATE JUDGE